No. 80–1181. McCALL ET AL. v. WATT, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 80–1189. BUMPUS ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–1191. BURT v. JUSTICES OF THE SUPREME COURT OF IDAHO ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 80–1195. SEWELL v. PHILLIPS PETROLEUM CO. C. A. 10th Cir. Certiorari denied.

No. 80–1206. GRCICH, ADMINISTRATOR v. PITTSBURGH NATIONAL BANK. Sup. Ct. Pa. Certiorari denied. ■

No. 80–1214. COMPTON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 80–1215. AMERICAN FRUIT PURVEYORS, INC. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. ■

No. 80–1219. PURVIS v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 80–1220. RAY v. FREEMAN ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–1225. MANSFIELD v. STATE BAR OF CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 80–1226. STADLER v. CITY OF PHILADELPHIA. Super. Ct. N. J., App. Div. Certiorari denied.

No. 80–1229. EHRMAN v. CITY OF PHILADELPHIA. Super. Ct. N. J., App. Div. Certiorari denied.